1
2
3
4
5
6
7
8
9 UNITED STATES DISTRICT COURT

10 NORTHERN DISTRICT OF CALIFORNIA

11

12 In the Matter of DISCOVERY CHARTERS, ) Case No. 5:19-cv-2419
INC., as owner of the vessel *CHUBASCO* )
13 for Exoneration From or Limitation of ) **Admiralty - Maritime Claim**
Liability )
14 ) [~~PROPOSED~~] **ORDER DIRECTING**
) **ISSUANCE OF NOTICE AND**
15 ) **PUBLICATION THEREOF**
)
16 )
)
17

18     WHEREAS, a complaint is being filed simultaneously with this [Proposed] Order by

19 which Plaintiff-in-Limitation DISCOVERY CHARTERS, INC. ("Plaintiff-in-Limitation"), as

20 owner of the vessel CHUBASCO ("Vessel"), seeks exoneration from or limitation of liability for

21 any losses, injuries, and/or damages occasioned as a result of an incident which occurred aboard

22 the Vessel on or about November 6, 2018, at Fisherman's Wharf in Monterey, California, and

23     WHEREAS, the complaint having stated the facts and circumstances upon which said

24 exoneration or limitation is claimed; and

25 / / /

26 / / /

27 / / /

28 / / /

WHEREAS, it appearing that the claims that may be made against Plaintiff-in-Limitation may be in amounts which will exceed the value of the interest of Plaintiff-in-Limitation in the Vessel for losses, injuries, and/or damages said to have been occasioned or incurred in consequence of the aforesaid voyage; and

WHEREAS, the surety for Plaintiff-in-Limitation have given security for damages in costs herein;

NOW THEREFORE, on application of Gibson Robb & Lindh LLP, counsel for Plaintiff-in-Limitation, it is hereby:

ORDERED that the Clerk of this Court issue a notice forthwith, in the form submitted with this Order, to all persons or entities asserting claims with respect to which the complaint seeks exoneration or limitation, admonishing them to file their respective claims with the Clerk of the Court and serve attorneys for Plaintiff-in-Limitation with a copy thereof ~~within 30 days of~~ no later than July 12, 2019; ~~the issuance of the notice~~;

AND IT IS FURTHER ORDERED that public notice shall be given by publication thereof in the legal newspaper known as "The Daily Journal," and that such notice shall be published once a week for four consecutive weeks prior to the date affixed herein for filing of claims;

AND IT IS FURTHER ORDERED that not later than the date of the second publication of said notice, Plaintiff-in-Limitation shall mail a copy of said notice to every person or concern, if any, known to have made any claim against Plaintiff-in-Limitation as a result of the incident involving the Vessel on or about November 6, 2018;

AND IT IS FURTHER ORDERED that the continued prosecution of any and all suits, actions or proceedings which may already have begun against Plaintiff-in-Limitation in any court whatsoever to recover damages arising out of, or occasioned by, or consequent upon the aforesaid  November 6, 2018 incident, and institution or prosecution of any suits, actions or legal proceedings of any nature description whatsoever in any court wheresoever, except in this proceeding for exoneration from or limitation of liability, against Plaintiff-in-Limitation, in respect of any claim or claims arising out of the aforesaid voyage on which the Vessel was then

engaged, or otherwise subject to limitation proceeding, be and the same are hereby are stayed and restrained;

AND IT IS FURTHER ORDERED that a certified copy of this order as a restraining order shall be served by certified mail, return receipt requested, on the person or persons, or entity or entities, to be restrained, or to their respective attorneys or representatives;

AND IT IS FURTHER ORDERED that the publication and mailing of copies of the Notice to Claimants, required by Rule F(4), Supplemental Rules for Certain Admiralty and Maritime Claims, Federal Rules of Civil Procedure, shall constitute due notice to all persons asserting claims with respect to which said complaint seeks limitation or exoneration.

**IT IS SO ORDERED.**

Dated: ___May 20_____, 2019

U.S. District Court Judge
UNITED STATES DISTRICT COURT
Northern  District of California